BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  2:12-CR-00248 JAM |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **RESTITUTION HEARING  FROM FEBRUARY** |
| MICHAEL STEPHEN MOYNIHAN, | ) **12, 2013, TO FEBRUARY 19, 2013** |
| Defendant. | ) |
| | ) |

On December 4, 2012, the Court sentenced the defendant to 41 months imprisonment to be followed by a three-year term of supervised release.  At that time, the issue of restitution was continued to February 12, 2013, pursuant to 18 U.S.C. § 3664(d)(5).

The parties request that the restitution hearing currently set for February 12, 2013, at 9:45 a.m., be continued to February 19, 2013, at 9:45 a.m.  A final proposed restitution amount has been calculated by the United States Probation Office.  This continuance is necessary in order to allow the parties time to review this calculation, and to allow defense counsel time to consult with his client.

The parties' requested date is within the 90-day window permitted under 18 U.S.C. § 3664(d)(5).

Dated: February 9, 2013            Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kyle Reardon
                                    _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney

Dated: February 9, 2013            /s/ Kyle Reardon for
                                    _____
                                    MICHAEL PETRIK
                                    Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00248 JAM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER CONTINUING RESTITUTION** |
|  | ) | **HEARING FROM FEBRUARY 12, 2013,** |
| MICHAEL STEPHEN MOYNIHAN, | ) | **2012, TO FEBRUARY 19, 2013** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| _____ | ) |  |

The parties' stipulation is approved and so ordered. The restitution hearing currently set for February 12, 2013, at 9:45 a.m., is continued to February 19, 2013, at 9:45 a.m.

Dated: 2/11/2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge